IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-2185-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MATHIAS THOMAS KOPP, ) | |
| ) | |
| Respondent. ) | |

The Court has considered Petitioner's Motion for Voluntary Dismissal and the Settlement Agreement entered into between the parties. The United States, the Respondent, and Respondent's counsel have each personally affirmed in open court that the terms and conditions of the settlement agreement have been entered and undertaken knowingly and voluntarily after having adequate opportunity to seek counsel. The Court finds as a fact that the parties knowingly and voluntarily entered into the Settlement Agreement.

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and for good cause, this action is DISMISSED.

IT IS FURTHER ORDERED that the stay of Respondent's release from Bureau of Prisons custody is lifted, and Respondent is ordered to be released from Bureau of Prisons custody. The Respondent shall comply with the terms of supervised release as

set forth in the Transfer Treaty Determination pursuant to 18 U.S.C. § 4106A, in connection with Respondent's Foreign conviction. In accordance with said document, Respondent shall report to the probation office in the district of his release within 72 hours of his release.

This the 14 day of October, 2011.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge