IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 5:07-hc-02185-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| MATHIAS KOPP, | ) | |
| | ) | |
| Respondent. | ) | |

On August 13, 2012, the United States of America filed a Motion to Shorten Time to Two Days to Respond to Motion to Provide Bureau of Prisons' Records to United States Probation and Attorney's Office. Having considered the Motion and any response by Respondent, the Motion is hereby GRANTED.

SO ORDERED. This 14 day of August, 2012.

Terrence W. Boyle
United States District Judge