IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 5:07-hc-02185-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| MATHIAS KOPP, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown, the Motion to Provide Bureau of Prisons' Records to United States Probation and Attorney's Office is GRANTED.

SO ORDERED this _16_ day of _August_, 2012.

Terrence W. Boyle
UNITED STATES DISTRICT JUDGE